IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

MINNIE JEAN LANE                                                    PLAINTIFF

vs.                          Civil No. 1:14-cv-01029

CAROLYN COLVIN                                                  DEFENDANT
Commissioner, Social Security Administration

### ORDER

Before the Court is the Report and Recommendation filed on April 14, 2015 by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 14). Judge Bryant recommends the decision of the Administrative Law Judge, denying benefits to Plaintiff, be affirmed.

The parties have not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation *in toto*. Accordingly, this Court finds that the ALJ's determination is **AFFIRMED**.

**IT IS SO ORDERED**, this 4th day of May, 2015.

                                               /s/ Susan O. Hickey
                                               Susan O. Hickey
                                               United States District Judge